Laura Sixkiller (Bar No. 022014)
laura.sixkiller@dlapiper.com
Kate L. Benveniste (Bar No. 027284)
kate.benveniste@dlapiper.com
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, AZ  85016-4232
Tel:  480.606.5100
Fax:  480.606.5101
dlaphx@dlapiper.com

*Attorneys for Defendant Citibank N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jayne Kerr,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITI,<br><br>　　　　　Defendant. | CASE NO. _____<br><br>(Formerly Pima County Consolidated Justice Court Case No. CV16-031962-SC)<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and upon the grounds for removal set forth in this notice, defendant Citibank, N.A. as successor in interest to Citibank (South Dakota), N.A., (improperly named in the Complaint as "CITI") (hereinafter, "Defendant"), hereby removes the entire above-captioned action, and all claims and causes of action therein, filed by plaintiff Jayne Kerr (hereinafter, "Plaintiff"), from the Pima County Consolidated Justice Court, Small Claims Division, CV16-031962-SC (the "State Court Action"), to the United States District Court for the District of Arizona.  In support of this notice, Defendant states:

### **THE REMOVED ACTION**

1.　On December 20, 2016, Plaintiff commenced the State Court Action, styled as *Jayne Kerr v. CITI*, CV2016-031962-SC, with the filing of a Complaint asserting violation of the "Fair Credit Reporting Act section 623(a)(3)" against Defendant.

WEST\274945139.1

2. On December 26, 2016, Defendant received a copy of the Complaint.

3. Defendant has not pled, answered, or otherwise appeared in the State Court Action.

## BASIS FOR FEDERAL QUESTION JURISDICTION

4. The State Court Action constitutes a removable civil action under 28 U.S.C. §§ 1331 and 1441 because Plaintiff's involves a federal question. 28 U.S.C. § 1331 provides that "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Further, as set forth in 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants."

5. The Arizona District Court has original jurisdiction over the State Court Action under 28 U.S.C. § 1331 because the claim asserted purportedly arises under the laws of the United States, i.e., the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

## COMPLIANCE WITH REMOVAL STATUTE AND LOCAL RULES

6. <u>Removal to Proper Court</u>. Defendant may remove the State Court Action under 28 U.S.C. § 1441(a) because the State Court Action was brought in Pima County, Arizona.

7. <u>Removal is Timely</u>. This notice is timely filed pursuant to 28 U.S.C. § 1446(b)(2)(B), as it is filed within 30 days of December 26, 2016, the date on which Defendant received the Complaint.

8. <u>Notice</u>. In accordance with 28 U.S.C. § 1446(d) and LRCiv. 3.6(a), the Removing Defendants are filing a copy of this notice with the Clerk of the Pima County Consolidated Justice Court, Small Claims Division contemporaneously with the filing of this notice with the Arizona District Court. Defendant will also provide written notice to Plaintiff of both this filing and the notice of removal to federal court being filed in the State Court Action.

9. <u>Pleadings and Process</u>.  Pursuant to 28 U.S.C. § 1446(a) and L.R. Civ. 3.6(b), the declaration of attorney Kate Benveniste is attached as **Exhibit A** to this notice, verifying that copies of all pleadings and other documents previously filed in the State Court Action are appended thereto as **Exhibit A-1**.

10. <u>Proper Signature</u>.  This notice is signed pursuant to Rule 11, Fed. R. Civ. P., in accordance with 28 U.S.C. § 1446(a) and LRCiv 3.6(a).

### NON-WAIVER

11. No one should interpret anything in this notice as a waiver or relinquishment of Defendant's right to assert any defense or affirmative matter including, but not limited to, the insufficiency of process, insufficiency of service of process, failure to state a claim, or any other procedural or substantive defense otherwise available to Defendant.

### ADDITIONAL BRIEFING

12. Defendant reserves the right to amend or supplement this notice.

13. Additionally, if any question arises as to the propriety of this removal, Defendant requests the opportunity to brief any disputed issues and to present oral argument in support of its position that this case is properly removed.

WHEREFORE, Defendant gives notice that the action pending in the Pima County Consolidated Justice Court, Small Claims Division, CV16-031962-SC, is hereby removed therefrom to this Court.

1 | Dated this 17th day of January, 2017

DLA PIPER LLP (US)

By: *s/ Kate Benveniste*
    LAURA SIXKILLER, Bar No. 022014
    laura.sixkiller@dlapiper.com
    KATE L. BENVENISTE, Bar No. 027284
    2525 East Camelback Road, Suite 1000
    Phoenix, AZ 85016-4232
    Telephone: 480.606.5100
    Facsimile: 480.606.5101

*Attorneys for Defendant Citibank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2017, a true and correct copy of the foregoing was filed electronically. A copy of the foregoing was mailed to the following party:

Jayne Kerr
4201 E. Monte Vista Dr., F106
Tucson, AZ 85712

By: *s/ Joanne Conti*

-5-