# EXHIBIT A

Laura Sixkiller (Bar No. 022014)
laura.sixkiller@dlapiper.com
Kate L. Benveniste (Bar No. 027284)
kate.benveniste@dlapiper.com
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101

*Attorneys for Defendant Citibank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jayne Kerr,<br><br>    Plaintiff,<br><br>v.<br><br>CITI,<br><br>    Defendant. | CASE NO. _____<br><br>(Formerly Pima County Consolidated Justice Court Case No. CV16-031962-SC)<br><br>**DECLARATION OF KATE L. BENVENISTE IN SUPPORT OF NOTICE OF REMOVAL** |

I, Kate L. Benveniste, declare as follows:

1. I am an attorney admitted to appear before this Court, and am an associate at the law firm DLA Piper LLP (US), attorneys for defendant Citibank, N.A. as successor in interest to Citibank (South Dakota), N.A. (improperly named in the Complaint as "CITI"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify thereto.

2. The purpose of this declaration is to place before the Court the documents filed in *Jayne Kerr v. CITI*, CV16-031962-SC, which was pending in Pima County Consolidated Justice Court in the State of Arizona (the "State Court Action").

3. As required by 28 U.S.C. § 1446(a) and LRCiv 3.6, I have attached to this declaration as **Exhibit A-1** true and correct copies of all documents previously filed in the State Court Action as of the date of this declaration. The following is a complete listing

DLA PIPER LLP (US)
PHOENIX

of the documents I have appended to my declaration:

      a.    **Exhibit A-1** – Notice, Summons, and Complaint

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 17th day of January, 2017.

    DLA PIPER LLP (US)

    By: *s/ Kate Benveniste*
        LAURA SIXKILLER, Bar No. 022014
        laura.sixkiller@dlapiper.com
        KATE BENVENISTE, Bar No. 027284
        2525 East Camelback Road, Suite 1000
        Phoenix, AZ  85016-4232
        Telephone:  480.606.5100
        Facsimile:  480.606.5101

    *Attorneys for Citibank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2017, a true and correct copy of the foregoing was filed electronically. A copy of the foregoing was mailed to the following party:

Jayne Kerr
4201 E. Monte Vista Dr., F106
Tucson, AZ 85712


By: *s/ Joanne Conti*