# EXHIBIT A-1

## PIMA COUNTY CONSOLIDATED JUSTICE COURT
### 240 N. STONE AVE., TUCSON, AZ 85701-1130 (520)724-3171

| PLAINTIFF phone-520-332-0657 Jayne Kerr 4201 E Montelista Dr F106 TUCSON, AZ 85712 (Name/Address/Phone) | CASE NO. CV16-031962-SC SUMMONS/COMPLAINT/ANSWER SMALL CLAIMS DIVISION | DEFENDANT CITI Corporate office) 399 Park Ave New York, NY 10022 (Name/Address/Phone) |
|---|---|---|

### NOTICE AND SUMMONS

TO DEFENDANT: (*Defendant's name prints here*)

    You are directed to answer the claim of the plaintiff within twenty (20) days at the Customer Service Department at Justice Court, Civil Division, 240 N. Stone Avenue. If you do not appear and defend yourself, a judgment may be entered against you.

    If you wish to defend against the Plaintiff's claim, you must file an Answer and pay the appropriate Answer Fee.

**Requests for reasonable accommodation for persons with disabilities must be made to the court parties at least three (3) working days in advance of a scheduled court proceeding.**

Date: ___DEC 20 2016___

Clerk, Small Claims Division, *Douglas E. Kool*

_____ Clerk

(SEAL)

### PLAINTIFF'S CLAIM

+ Removal of data disputed amount owed

The defendant owes me $3,500 for the following reasons: CITI Has violated the Fair Credit Reporting act Section 623(a)(3) by not putting on credit report that I am disputing the amount they say I owe. within 30 Days - the period required by law

Date: 12/20/16

_____ Plaintiff's Signature Jayne Kerr

### CERTIFICATE OF SERVICE OF MAILING BY PLAINTIFF

I, Jayne Kerr, Plaintiff in this action, certify that a copy of this form was sent by Registered/Certified Mail, Return Receipt requested, to the Defendant named at the above-listed address on ___December 20, 2016___

_____ Plaintiff's Signature Jayne Kerr    Date

### DEFENDANT'S ANSWER

TO DEFENDANT: If you dispute this claim, you must write your Answer below. File this form and pay the appropriate Answer fee at the Civil Division of this Court **within twenty (20) days** of the date of service of the Claim or **you may lose by default**. I do not owe the Plaintiff because: _____

_____

Date: _____ Defendant's Signature _____

### CERTIFICATE OF SERVICE OF MAILING BY DEFENDANT

I, _____, Defendant in this action, certify that I have mailed or delivered a copy of this form to the Plaintiff at the above-listed address on _____, 20___.

_____ Defendant's Signature _____ Date

**WARNING: - YOU DO NOT HAVE THE RIGHT TO APPEAL THE DECISION OF THE HEARING OFFICER OR THE JUSTICE OF THE PEACE IN A SMALL CLAIMS COURT. IF YOU WISH TO PRESERVE YOUR RIGHT TO APPEAL, YOU MAY HAVE YOUR CASE TRANSFERRED TO THE JUSTICE COURT PURSUANT TO A.R.S. §22-504, SUBSECTION A, ARIZONA REVISED STATUTES, IF YOU REQUEST SUCH TRANSFER AT LEAST TEN DAYS PRIOR TO THE DAY OF THE SCHEDULED HEARING.**

JP118 (REV 02-26-15)01-16 ORIGINAL-COURT; GREEN-PLAINTIFF; CANARY-DEFENDANT; PINK-DEFENDANT ANSWERS; GOLD-DEFENDANT MAILS TO PLAINTIFF