Laura Sixkiller (Bar No. 022014)
laura.sixkiller@dlapiper.com
Kate L. Benveniste (Bar No. 027284)
kate.benveniste@dlapiper.com
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101
dlaphx@dlapiper.com

*Attorneys for Defendant Citibank, N.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jayne Kerr,<br>Plaintiff,<br>v.<br>CITI,<br>Defendant. | CASE NO. 4:17-cv-00024-JAS<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., defendant Citibank, N.A. as successor in interest to Citibank (South Dakota), N.A., (improperly named as "CITI") and plaintiff Jayne Kerr jointly stipulate to dismiss the above-captioned action in its entirety with prejudice. Plaintiff no longer desires to pursue her Complaint or the claims asserted therein.

Each party agrees to bear its/her own attorneys' fees and costs incurred in connection with this matter.

///

///

///

///

///

Dated this 31st day of January, 2017

DLA PIPER LLP (US)

By: */s/ Kate Benveniste*
LAURA SIXKILLER, Bar No. 022014
laura.sixkiller@dlapiper.com
KATE L. BENVENISTE, Bar No. 027284
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016-4232
Telephone: 480.606.5100
Facsimile: 480.606.5101

*Attorneys for Defendant Citibank, N.A.*

By: */s/ Jayne Kerr (with permission)*
JAYNE KERR

*Plaintiff, pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2017, a true and correct copy of the foregoing JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE was filed electronically. A copy of the foregoing was e-mailed and mailed to the following party:

Jayne Kerr
4201 E. Monte Vista Dr., F106
Tucson, AZ 85712
j.transformation@gmail.com

By: */s/ Stephanie Havell*